## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SCOTT SMITH,<br><br>   *Plaintiff*,<br><br>v.<br><br>REISCH INC.,<br><br>   *Defendant*. | Case No. 3:16-cv-000724-jdp<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that all claims asserted in the above-captioned case by Plaintiff Scott Smith may be dismissed with prejudice, and that this Court may enter an Order dismissing the claims asserted by Plaintiff Scott Smith with prejudice and without costs, expenses, or disbursements to any party.

Dated: June 14, 2017

**HEYWOOD CARI &
ANDERSON S.C.**

/s/ Christopher Anderson
Christopher Anderson
816 Dominion Drive, Suite
100
Hudson WI, 54016
Email: canderson@heywoodandcari.com
**ATTORNEYS FOR DEFENDANT**

Dated: June 14, 2017

**BROWNE LAW LLC**

/s/ Padraigin L. Browne
Padraigin L. Browne (MN Bar # 389962)
Browne Law LLC
8530 Eagle Point Blvd, Suite 100
Lake Elmo, MN 55042
E-mail: paddy@brownelawllc.com
Phone: (612) 293-4805
**ATTORNEYS FOR PLAINTIFF**

1